United States District Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MATTHEW THOMAS DEARMOND III, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-1812 |
| | § | |
| SELECT PORTFOLIO SERVICING, INC., | § | |
| ANGEL OAK MORTGAGE SOLUTIONS, | § | |
| LLC, AND WILMINGTON SAVINGS FUND | § | |
| SOCIETY (FSB), | § | |
| *Defendants*. | § | |

## ORDER

Plaintiff has filed a Motion Requesting Rescheduling of Motions for Leave to Amend Pleadings.[1]  ECF 14.  The Motion does not include a Certificate of Conference as required by Local Rule of the Southern District of Texas 7.1(D).  It is therefore ORDERED that Plaintiff's Motion (ECF 14) is STRICKEN from the record for failure to comply with the Local Rules of the Southern District of Texas.

Signed on September 13, 2024, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72.  ECF 3.